UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

TODD BROWN,

                                                     Plaintiff,

-against-

POLICE OFFICER PETER RUBIN, individually, and as a
member of the New York City Police Department,

                                                     Defendant.

------------------------------------------------------------------------- x

DECLARATION OF BRIAN FRANCOLLA IN SUPPORT OF DEFENDANT'S PRETRIAL SUBMISSIONS CONCERNING MATTERS TO BE RESOLVED *IN LIMINE*

10 CV 4675 (ERK) (LB)

**BRIAN FRANCOLLA**, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true and correct.

      1.      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant Police Officer Peter Rubin.

      2.      As such, I am familiar with the facts stated below and, as well, submit this declaration to place relevant documents on the record in support of defendant's motions *in limine*.

      2.      Annexed hereto as Exhibit "A" is a copy of excerpts from Plaintiff's deposition, which was taken on May 11, 2011.

      3.      Annexed hereto as Exhibit "B" is a copy of excerpts from Christine Brown's deposition, which was taken on February 23, 2012.

4. Annexed hereto as Exhibit "C" is a copy of excerpts from defendant Police Officer Peter Rubin's deposition, which was taken on May 12, 2011.

Dated: New York, New York
March 9, 2012

        MICHAEL A. CARDOZO
        Corporation Counsel of the City of New York
        Attorney for Defendant
        100 Church Street
        New York, New York 10007
        (212) 788-0988

By: _____
        BRIAN FRANCOLLA
        Assistant Corporation Counsel
        Special Federal Litigation Division

Index No. 10 CV 4675 (ERK) (LB)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TODD BROWN,

                                      Plaintiff,

-against-

POLICE OFFICER PETER RUBIN, individually, and as a member of the New York City Police Department,

                                      Defendant.

**DECLARATION OF BRIAN FRANCOLLA IN SUPPORT OF DEFENDANT'S PRETRIAL SUBMISSIONS CONCERNING MATTERS TO BE RESOLVED *IN LIMINE***

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendant*
*100 Church Street*
*New York, New York 10007*

*Of Counsel: Brian Francolla*
*Tel: (212) 788-0988*
*NYCLIS No. 2010-040355*

*Due and timely service is hereby admitted.*

*New York, N.Y. ............................................., 2012*

*............................................................................ Esq.*

*Attorney for ..............................................................*