UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
TODD BROWN,                           :
                                      :
                Plaintiff,            :
                                      :10-CV-
      - against -                     :4675
                                      :(ERK)(LB)
                                      :
NEW YORK CITY, POLICE OFFICER CALDERON,:
POLICE OFFICER BRENTON COLE, POLICE   :
OFFICER PETER RUBIN, Individually, and:
as Members of the New York City Police:
Department,                           :
                                      :
                Defendants,           :
                                      :
- - - - - - - - - - - - - - - - - - -x

DEPOSITION OF PETER RUBIN

New York, New York

Thursday, May 12, 2011

Reporter by:

Joseph V. Connolly

Job No.

1
2
3
4
5
6
7
8             May 12, 2011
9             10:24 a.m.
10
11    DEPOSITION OF PETER RUBIN held at the Law
12    Offices of the Peterson & Delle Cave, 233
13    Broadway, 18th Floor, New York, New York,
14    before Joseph V. Connolly, a Reporter and
15    Notary Public within and for the State of
16    New York.
17
18
19
20
21
22
23
24
25

```
 1
 2    A P P E A R A N C E S :
 3
 4
 5    PETERSON & DELLE CAVE, LLP
            Attorneys for Plaintiff
 6          233 Broadway - Suite 1800
            New York, New York
 7    BY:   DUNCAN PETERSON, ESQ.
 8
 9    OFFICE OF THE CORPORATION COUNSEL
            Special Federal Litigation Division
10          Attorneys for Defendants
            100 Church Street
11          New York, New York
      BY:   BRIAN FRANCOLLA, ESQ. &
12          NOREEN STACKHOUSE, ESQ.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                    Page 59
 1              P. RUBIN - 5/12/11
 2         A.    Right.  Okay.
 3         Q.    Am I right?
 4         A.    Yes.
 5         Q.    I know that you stated already
 6    that you didn't ask Mr. Brown to remove all
 7    of his clothes.  I'm just asking you this
 8    question.
 9              Did you tell Mr. Brown that
10    everyone has to go through this with regards
11    to a strip search?
12              MR. FRANCOLLA:  Objection.
13         A.    No.  If I said that, it was in
14    regards to removing the belt and shoe laces
15    because a lot of people don't want to do
16    that.
17         Q.    Okay.
18         A.    They claim that we steal the
19    belt; they didn't get their laces back last
20    time; I'm not giving you them.  I'm not going
21    to kill myself, don't take my laces; don't
22    take my belt.
23         Q.    And are you aware -- if you
24    arrested someone and they are sent down to
25    Central Booking from the precinct and it's
```

1             P. RUBIN - 5/12/11
2     discovered that that arrestee has contraband
3     on them, like a gun or a quantity of drugs,
4     something like that, what are the
5     repercussions for yourself?
6             MR. FRANCOLLA:  Objection.
7        A.   None.  It happens all the time.
8        Q.   Okay.  You said, "it happens all
9     the time"?
10       A.   I've transported people and
11    smelled marijuana down there.  So, people get
12    through all the time --
13       Q.   And if --
14       A.   -- with contraband.
15       Q.   You've smelled marijuana?
16       A.   At Central Booking personally.
17       Q.   Not on someone you've arrested?
18       A.   No.  I mean, it could have been
19    somebody, maybe, the day before I arrested
20    somebody that's in Central Booking and I'm
21    doing the transport.  But I've been down
22    there and I've heard the officers, "Hey, put
23    it out," or, you know, "No one is going to
24    get -- you know, it's going to delay
25    everyone's process," whatever.

Page 61

1           P. RUBIN - 5/12/11
2      Q.    Do police officers suffer any
3  form of punishment, such as docked pay, when
4  someone they've arrested goes to Central
5  Booking and it's discovered they have
6  contraband?
7           MR. FRANCOLLA: Objection.
8      A.    "Docked pay"?
9      Q.    Docked pay.
10     A.    No.
11     Q.    Lose vacation days?
12     A.    No.
13     Q.    Lose any form of privilege?
14     A.    No, not that I'm aware of.
15     Q.    Okay. And you mentioned smelling
16  marijuana --
17     A.    Yes.
18     Q.    -- on individuals whom you've
19  apprehended?
20     A.    No, somebody was smoking when I
21  was down there once, yes.
22     Q.    Okay. Have you, when you've
23  arrested individuals before, have you ever
24  smelled marijuana on these individuals?
25          MR. FRANCOLLA: Objection.