COURT'S EXHIBIT NO. 5
IDENTIFICATION/EVIDENCE
DKT.# 10cv4675
DATE:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
TODD BROWN,

                    Plaintiff,

      - against -

POLICE OFFICER PETER RUBIN, individually,
and as a member of the New York City Police
Department,

                    Defendant.
------------------------------------------------------------ X

**VERDICT SHEET**

No. 10-cv-4675 (ERK) (LB)

## JURY VERDICT SHEET

I. <u>Unlawful Visual Cavity Inspection</u>

1. Has the plaintiff proven by a preponderance of the evidence that the defendant, Police Officer Rubin, performed a visual cavity inspection of the plaintiff without reasonable suspicion or performed a visual cavity inspection of the plaintiff in an unreasonable manner?

   YES ✓          NO _____

   If you answered YES, please proceed to Question #2. If you answered NO, you need not answer the remaining questions. Please have the foreperson sign the verdict sheet and notify the marshal that a verdict has been reached.

2. Did the plaintiff prove by a preponderance of the evidence that he suffered actual compensatory damages as a result of the unlawful visual cavity inspection?

   YES ✓          NO _____

   a. If YES, state the dollar amount of any actual compensatory damages sustained by the plaintiff that were proximately caused by the conduct of the defendant:

   $5000

b. If you find that the plaintiff did not sustain any actual compensatory damages as a result of the violation, what amount of nominal damages, not to exceed one dollar, do you award the plaintiff?

$_____

c. Did the plaintiff prove by a preponderance of the evidence that the defendant acted maliciously or wantonly with regard to the plaintiff's rights, and if so, do you wish to award punitive damages?

YES ✓            NO____

   i. If YES, please state the dollar amount of punitive damages you wish to award:

   $ 10,000

Please sign and date this verdict sheet.

Signed: *[signature]*

Date: 3/14/2012